UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-32952 |
| Jillian B Miranda | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO VACATE ORDER DISMISSING CASE

THIS MATTER coming to be heard on the Motion of Debtor to Vacate Order Dismissing Case;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. That the Order granting the motion to dismiss for failure to make plan payments entered on May 9, 2017, at docket entry number 73, is hereby vacated.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  May 23, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600